UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| CLAUDE DAVID CONVISSER, *ET AL.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-00072 |
| ) | |
| EXXON MOBIL CORPORATION, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF POSSIBLE CONFLICT**

Plaintiff and petitioner Claude David Convisser and plaintiff POP Diesel Africa, Inc. (together "plaintiffs"), by counsel the first-named plaintiff, wish to alert the Court and the defendants and respondents to sub-paragraph (b) of paragraph 386 of the complaint filed on September 9, 2024.

This sub-paragraph refers to Capital One Bank, where it turns out the newly invested Judge assigned to this case, the Honorable Jasime Y. Yoon, worked for two years as Vice President of Corporate Integrity, Ethics and Investigations from 2022 until ascending to the Bench recently.

If his testimony is not otherwise objectionable, plaintiff Claude David Convisser may testify at trial about his impressions of a relationship between defendant Jane Doe New York Organized Crime Mafia Number 2 and Capital One Bank and the reasons and facts why he holds such impressions as are recounted briefly in paragraph 386(b) of the complaint.

The Bank officer mentioned in that paragraph treated plaintiffs very well and they maintain high regard for that Bank, but in case anyone wishes to raise any grounds concerning Judge Yoon's stewardship of this case, which plaintiffs certainly do not want to do, plaintiffs

thought it might be a good idea to flag this issue now, to prevent any disruptions to the case by any party later on.

                                                     Respectfully submitted,

                                                     CLAUDE DAVID CONVISSER,
                                                     Plaintiff and petitioner,
                                                     representing himself

                                                     */s/ Claude David Convisser*

                                                     Claude David Convisser,
                                                     Attorney at Law
                                                     P.O. Box 7206
                                                     Charlottesville, Virginia 22906
                                                     5013 South Louise Ave., # 262
                                                     Sioux Falls, South Dakota 57108
                                                     Tel. 703-438-0071
                                                     cdc@popdiesel.com

                                            <u>Certificate of Service</u>

    I hereby certify that I will cause a copy of this notice to be served on every respondent and defendant together with each one's summons and the complaint.

                                            */s/ Claude David Convisser*
                                         _____
                                             Claud David Convisser