Further your declarant sayeth naught.

_____        Charlottesville, Virginia
Claude David Convisser                 September 11, 2024